IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO PISANO-CORNEJO,

    Plaintiff,

  v.                                  No. 11-cv-857  BB/SMV

LEE VAUGHAN, WARDEN, et. al.,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME

THIS MATTER comes on Plaintiff Pisano-Cornejo's unopposed Motion for Extension of Time to File Response [Doc. 20]. Plaintiff has been awaiting this Court's ruling on his Motion to Appoint Counsel [Doc. 16]. Therefore, Plaintiff's motion is well-taken and Plaintiff shall have **30 days** from the date of this Order to file his response to Defendants' Motion to Dismiss [Doc. 19].

IT IS THEREFORE ORDERED that the Motion for Extension of Time to File Response [Doc. 20] is GRANTED.

Dated this 17th day of April, 2012.

                                                                BRUCE D. BLACK
                                                                 UNITED STATES DISTRICT JUDGE